STATE OF NEW JERSEY v. WAYNE ALLEN STUFFLEBEAN.

May 2, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. DIANE PANTUSO.

May 2, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM ROSE.

May 2, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. LINWOOD JEFFERSON.

May 2, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. CHRISTOPHER TALFORD.

May 2, 1978. Petition for certification denied.

RICHARD DOMENECH v. GATX CORPORATION.

May 2, 1978. Petition for certification denied.